| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 069 |
|---|---|---|---|---|---|
| FPB | 547135 | 239600 | | 0000310011 | 1 |

# Earnings Statement

**ADP**

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Period Beginning: 07/16/2016
Period Ending: 07/29/2016
Pay Date: 08/05/2016

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA: N/A

KELLY M HANEY
7 BARTON DR
PITTSBURGH  PA  15221

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 9.53 | 343.66 |
| Floor | 8.1000 | 44.32 | 358.99 | 8,398.56 |
| Tips | | | 183.51 | 4,161.09 |
| Vacation | 8.1000 | 24.00 | 194.40 | 250.40 |
| Admin/Closing | | | | 52.03 |
| Holiday | | | | 193.20 |
| Overtime | | | | 38.62 |
| Productivity | | | | 40.29 |
| Training | | | | 14.18 |
| 6 Day | | | | 31.02 |
| **Gross Pay** | | | **$746.43** | 13,523.05 |

Your federal taxable wages this period are $746.43

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 746.43 | 13,523.05 |
| Vacaton Bal | | 41.10 |

**Deductions**   Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -81.16 | 1,535.53 |
| Social Security Tax | -46.28 | 838.43 |
| Medicare Tax | -10.82 | 196.08 |
| PA State Income Tax | -22.92 | 415.17 |
| Pittsburgh C Income Tax | -7.46 | 135.23 |
| Pittsburgh C Local Svc Tax | -2.00 | 32.00 |
| PA SUI/SDI Tax | -0.53 | 9.47 |

Other

| | | |
|---|---|---|
| Tips | -183.51 | 4,161.09 |
| **Net Pay** | **$391.75** | |
| Checking 1 | -391.75 | |
| **Net Check** | **$0.00** | |

© 2000 ADP, LLC

KR ENTERPRISES , INC.
15 TALL TREES CT
MONROEVILLE , PA 15146

Advice number: 00000310011
Pay date: 08/05/2016

Deposited to the account of
**KELLY M HANEY**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6316 | xxxx xxxx | $391.75 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |   |
|---|---|---|---|---|---|
| FPB | 547135 | 239600 |  | 0000330011 | 1 |

**Earnings Statement**

ADP

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Period Beginning: 07/30/2016
Period Ending: 08/12/2016
Pay Date: 08/19/2016

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA: N/A

KELLY M HANEY
7 BARTON DR
PITTSBURGH PA 15221

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Admin/Closing | 8.1000 | 8.20 | 66.42 | 118.45 |
| Bonus |  |  | 37.99 | 381.65 |
| Floor | 8.1000 | 70.58 | 571.70 | 8,970.26 |
| Overtime |  |  | 5.31 | 43.93 |
| Tips |  |  | 288.51 | 4,449.60 |
| Training | 8.1000 | 1.25 | 10.13 | 24.31 |
| Holiday |  |  |  | 193.20 |
| Productivity |  |  |  | 40.29 |
| Vacation |  |  |  | 250.40 |
| 6 Day |  |  |  | 31.02 |
| **Gross Pay** |  |  | **$980.06** | 14,503.11 |

Your federal taxable wages this period are $980.06

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 980.06 | 14,503.11 |
| Vacaton Bal |  | 44.15 |

**Deductions**

| Statutory |  |  |
|---|---|---|
| Federal Income Tax | -116.20 | 1,651.73 |
| Social Security Tax | -60.76 | 899.19 |
| Medicare Tax | -14.22 | 210.30 |
| PA State Income Tax | -30.09 | 445.26 |
| Pittsburgh C Income Tax | -9.80 | 145.03 |
| Pittsburgh C Local Svc Tax | -2.00 | 34.00 |
| PA SUI/SDI Tax | -0.68 | 10.15 |
| **Other** |  |  |
| Tips | -288.51 | 4,449.60 |
| **Net Pay** | **$457.80** |  |
| Checking 1 | -457.80 |  |
| **Net Check** | **$0.00** |  |

© 2000 ADP, LLC

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Advice number: 00000330011
Pay date: 08/19/2016

Deposited to the account of
KELLY M HANEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6316 | xxxx xxxx | $457.80 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | | | |
|---|---|---|---|---|---|---|---|
| FPB | 547135 | 239600 | | 0000350011 | 1 | | |

**Earnings Statement** 

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Period Beginning: 08/13/2016
Period Ending: 08/26/2016
Pay Date: 09/02/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

KELLY M HANEY
7 BARTON DR
PITTSBURGH PA 15221

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Admin/Closing | 9.0000 | .58 | 5.22 | 123.67 |
| Bonus | | | 22.61 | 404.26 |
| Floor | 9.0000 | 75.44 | 678.96 | 9,649.22 |
| Overtime | | | 3.16 | 47.09 |
| Tips | | | 409.26 | 4,858.86 |
| Vacation | 9.0000 | 6.00 | 54.00 | 304.40 |
| Holiday | | | | 193.20 |
| Productivity | | | | 40.29 |
| Training | | | | 24.31 |
| 6 Day | | | | 31.02 |
| **Gross Pay** | | | **$1,173.21** | 15,676.32 |

Your federal taxable wages this period are $1,173.21

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,173.21 | 15,676.32 |
| Vacaton Bal | | 41.27 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 8.1000 TO 9.0000.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -145.17 | 1,796.90 |
| | Social Security Tax | -72.74 | 971.93 |
| | Medicare Tax | -17.01 | 227.31 |
| | PA State Income Tax | -36.02 | 481.28 |
| | Pittsburgh C Income Tax | -11.73 | 156.76 |
| | Pittsburgh C Local Svc Tax | -2.00 | 36.00 |
| | PA SUI/SDI Tax | -0.82 | 10.97 |
| | **Other** | | |
| | Tips | -409.26 | 4,858.86 |
| | **Net Pay** | **$478.46** | |
| | Checking 1 | -478.46 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

KR ENTERPRISES , INC.
15 TALL TREES CT
MONROEVILLE , PA 15146

Advice number: 00000350011
Pay date: 09/02/2016

Deposited to the account of
KELLY M HANEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6316 | xxxx xxxx | $478.46 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| FPB | 547135 | 239600 | | 0000370011 | 1 |

# Earnings Statement 

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Period Beginning: 08/27/2016
Period Ending: 09/09/2016
Pay Date: 09/16/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

KELLY M HANEY
7 BARTON DR
PITTSBURGH PA 15221

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 49.99 | 454.25 |
| Floor | 9.0000 | 77.87 | 700.83 | 10,350.05 |
| Holiday | 9.0000 | 6.00 | 54.00 | 247.20 |
| Tips | | | 296.73 | 5,155.59 |
| Vacation | 9.0000 | 6.00 | 54.00 | 358.40 |
| Admin/Closing | | | | 123.67 |
| Overtime | | | | 47.09 |
| Productivity | | | | 40.29 |
| Training | | | | 24.31 |
| 6 Day | | | | 31.02 |
| **Gross Pay** | | | **$1,155.55** | 16,831.87 |

Your federal taxable wages this period are $1,155.55

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,155.55 | 16,831.87 |
| Vacaton Bal | | 38.69 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -142.52 | 1,939.42 |
| Social Security Tax | -71.65 | 1,043.58 |
| Medicare Tax | -16.75 | 244.06 |
| PA State Income Tax | -35.48 | 516.76 |
| Pittsburgh C Income Tax | -11.56 | 168.32 |
| Pittsburgh C Local Svc Tax | -2.00 | 38.00 |
| PA SUI/SDI Tax | -0.81 | 11.78 |

Other
| | | |
|---|---|---|
| Tips | -296.73 | 5,155.59 |

| **Net Pay** | **$578.05** |
|---|---|
| Checking 1 | -578.05 |
| **Net Check** | **$0.00** |

© 2000 ADP, LLC

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Advice number: 00000370011
Pay date: 09/16/2016

Deposited to the account of
KELLY M HANEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6316 | xxxx xxxx | $578.05 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 069 |
|---|---|---|---|---|---|
| FPB | 547135 | 239600 | | 0000390010 | 1 |

## Earnings Statement

ADP

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Period Beginning: 09/10/2016
Period Ending: 09/23/2016
Pay Date: 09/30/2016

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    PA: N/A

KELLY M HANEY
7 BARTON DR
PITTSBURGH PA 15221

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Admin/Closing | 9.0000 | 3.30 | 29.70 | 153.37 |
| Bonus | | | 16.96 | 471.21 |
| Floor | 9.0000 | 81.86 | 736.74 | 11,086.79 |
| Incentive | | | 23.22 | 23.22 |
| Overtime | | | 8.56 | 55.65 |
| Tips | | | 325.01 | 5,480.60 |
| Holiday | | | | 247.20 |
| Productivity | | | | 40.29 |
| Training | | | | 24.31 |
| Vacation | | | | 358.40 |
| 6 Day | | | | 31.02 |
| **Gross Pay** | | | **$1,140.19** | 17,972.06 |

Your federal taxable wages this period are $1,140.19

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,140.19 | 17,972.06 |
| Vacaton Bal | | 41.93 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -140.22 | 2,079.64 |
| | Social Security Tax | -70.69 | 1,114.27 |
| | Medicare Tax | -16.53 | 260.59 |
| | PA State Income Tax | -35.00 | 551.76 |
| | Pittsburgh C Income Tax | -11.40 | 179.72 |
| | Pittsburgh C Local Svc Tax | -2.00 | 40.00 |
| | PA SUI/SDI Tax | -0.80 | 12.58 |
| | **Other** | | |
| | Tips | -325.01 | 5,480.60 |
| | **Net Pay** | **$538.54** | |
| | Checking 1 | -538.54 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

KR ENTERPRISES , INC.
15 TALL TREES CT
MONROEVILLE , PA 15146

Advice number: 00000390010
Pay date: 09/30/2016

Deposited to the account of
KELLY M HANEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6316 | xxxx xxxx | $538.54 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| FPB | 547135 | 239600 | | 0000410010 | 1 |

## Earnings Statement

ADP

*KR ENTERPRISES, INC.*
*15 TALL TREES CT*
*MONROEVILLE, PA 15146*

Period Beginning: 09/24/2016
Period Ending: 10/07/2016
Pay Date: 10/14/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

**KELLY M HANEY**
**7 BARTON DR**
**PITTSBURGH PA 15221**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Admin/Closing | 9.0000 | 3.42 | 30.78 | 184.15 |
| Bonus | | | 13.12 | 484.33 |
| Floor | 9.0000 | 75.35 | 678.15 | 11,764.94 |
| Incentive | | | 25.00 | 48.22 |
| Overtime | | | 0.20 | 55.85 |
| Tips | | | 243.24 | 5,723.84 |
| Holiday | | | | 247.20 |
| Productivity | | | | 40.29 |
| Training | | | | 24.31 |
| Vacation | | | | 358.40 |
| 6 Day | | | | 31.02 |
| **Gross Pay** | | | **$990.49** | 18,962.55 |

Your federal taxable wages this period are $990.49

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 990.49 | 18,962.55 |
| Vacaton Bal | | 44.93 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -117.76 | 2,197.40 |
| | Social Security Tax | -61.41 | 1,175.68 |
| | Medicare Tax | -14.37 | 274.96 |
| | PA State Income Tax | -30.41 | 582.17 |
| | Pittsburgh C Income Tax | -9.90 | 189.62 |
| | Pittsburgh C Local Svc Tax | -2.00 | 42.00 |
| | PA SUI/SDI Tax | -0.69 | 13.27 |
| | **Other** | | |
| | Tips | -243.24 | 5,723.84 |
| | **Net Pay** | **$510.71** | |
| | Checking 1 | -510.71 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

*KR ENTERPRISES, INC.*
*15 TALL TREES CT*
*MONROEVILLE, PA 15146*

Advice number: 00000410010
Pay date: 10/14/2016

Deposited to the account of
**KELLY M HANEY**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6316 | xxxx xxxx | $510.71 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| FPB | 547135 | 239600 | | 0000430010 | 069 1 |

**Earnings Statement**

ADP

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Period Beginning: 10/08/2016
Period Ending: 10/21/2016
Pay Date: 10/28/2016

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA: N/A

KELLY M HANEY
7 BARTON DR
PITTSBURGH PA 15221

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Admin/Closing | 9.0000 | 1.51 | 13.59 | 197.74 |
| Bonus | | | 38.76 | 523.09 |
| Floor | 9.0000 | 76.41 | 687.69 | 12,452.63 |
| Incentive | | | 15.35 | 63.57 |
| Tips | | | 205.46 | 5,929.30 |
| Holiday | | | | 247.20 |
| Overtime | | | | 55.85 |
| Productivity | | | | 40.29 |
| Training | | | | 24.31 |
| Vacation | | | | 358.40 |
| 6 Day | | | | 31.02 |
| **Gross Pay** | | | **$960.85** | 19,923.40 |

Your federal taxable wages this period are $960.85

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 960.85 | 19,923.40 |
| Vacaton Bal | | 47.89 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -113.32 | 2,310.72 |
| Social Security Tax | -59.57 | 1,235.25 |
| Medicare Tax | -13.93 | 288.89 |
| PA State Income Tax | -29.50 | 611.67 |
| Pittsburgh C Income Tax | -9.61 | 199.23 |
| Pittsburgh C Local Svc Tax | -2.00 | 44.00 |
| PA SUI/SDI Tax | -0.68 | 13.95 |

Other
| | | |
|---|---|---|
| Tips | -205.46 | 5,929.30 |
| **Net Pay** | **$526.78** | |
| Checking 1 | -526.78 | |
| **Net Check** | **$0.00** | |

© 2000 ADP, LLC

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Advice number: 00000430010
Pay date: 10/28/2016

Deposited to the account of
KELLY M HANEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6316 | xxxx xxxx | $526.78 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| FPB | 547135 | 239600 | | 0000450010 | 1 |

# Earnings Statement

**ADP**

*KR ENTERPRISES, INC.*
*15 TALL TREES CT*
*MONROEVILLE, PA 15146*

Period Beginning: 10/22/2016
Period Ending: 11/04/2016
Pay Date: 11/10/2016

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA: N/A

KELLY M HANEY
7 BARTON DR
PITTSBURGH PA 15221

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Admin/Closing | 9.0000 | 15.47 | 139.23 | 336.97 |
| Bonus | | | 16.12 | 539.21 |
| Floor | 9.0000 | 69.66 | 626.94 | 13,079.57 |
| Overtime | | | 21.69 | 77.54 |
| Productivity | | | 6.13 | 46.42 |
| Tips | | | 283.09 | 6,212.39 |
| 6 Day | | | 8.90 | 39.92 |
| Holiday | | | | 247.20 |
| Incentive | | | | 63.57 |
| Training | | | | 24.31 |
| Vacation | | | | 358.40 |
| **Gross Pay** | | | **$1,102.10** | 21,025.50 |

Your federal taxable wages this period are $1,102.10

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,102.10 | 21,025.50 |
| Vacaton Bal | | 51.13 |

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -134.51 | 2,445.23 |
| Social Security Tax | -68.33 | 1,303.58 |
| Medicare Tax | -15.98 | 304.87 |
| PA State Income Tax | -33.83 | 645.50 |
| Pittsburgh C Income Tax | -11.02 | 210.25 |
| Pittsburgh C Local Svc Tax | -2.00 | 46.00 |
| PA SUI/SDI Tax | -0.77 | 14.72 |

**Other**

| | | |
|---|---|---|
| Tips | -283.09 | 6,212.39 |
| **Net Pay** | **$552.57** | |
| Checking 1 | -552.57 | |
| **Net Check** | **$0.00** | |

© 2000 ADP, LLC

*KR ENTERPRISES , INC.*
*15 TALL TREES CT*
*MONROEVILLE , PA 15146*

Advice number: 00000450010
Pay date: 11/10/2016

Deposited to the account of
**KELLY M HANEY**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6316 | xxxx xxxx | $552.57 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| FPB | 547135 | 239600 | | 0000470010 | 1 |

# Earnings Statement

**ADP**

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Period Beginning: 11/05/2016
Period Ending: 11/18/2016
Pay Date: 11/25/2016

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA: N/A

KELLY M HANEY
7 BARTON DR
PITTSBURGH PA 15221

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Admin/Closing | 9.0000 | .50 | 4.50 | 341.47 |
| Bonus | | | 45.25 | 584.46 |
| Floor | 9.0000 | 85.65 | 770.85 | 13,850.42 |
| Overtime | | | 49.08 | 126.62 |
| Productivity | | | 2.18 | 48.60 |
| Tips | | | 396.40 | 6,608.79 |
| 6 Day | | | 12.74 | 52.66 |
| Holiday | | | | 247.20 |
| Incentive | | | | 63.57 |
| Training | | | | 24.31 |
| Vacation | | | | 358.40 |
| **Gross Pay** | | | **$1,281.00** | 22,306.50 |

Your federal taxable wages this period are $1,281.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,281.00 | 22,306.50 |
| Vacaton Bal | | 54.41 |

**Deductions**    **Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -161.34 | 2,606.57 |
| Social Security Tax | -79.42 | 1,383.00 |
| Medicare Tax | -18.57 | 323.44 |
| PA State Income Tax | -39.33 | 684.83 |
| Pittsburgh C Income Tax | -12.81 | 223.06 |
| Pittsburgh C Local Svc Tax | -2.00 | 48.00 |
| PA SUI/SDI Tax | -0.89 | 15.61 |

**Other**
| | | |
|---|---|---|
| Tips | -396.40 | 6,608.79 |

**Net Pay**    **$570.24**
Checking 1    -570.24
**Net Check**    **$0.00**

© 2000 ADP, LLC

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Advice number: 00000470010
Pay date: 11/25/2016

Deposited to the account of
KELLY M HANEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6316 | xxxx xxxx | $570.24 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| FPB | 547135 | 239600 |  | 0000490010 | 1 |

**Earnings Statement**

ADP

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

| Period Beginning: | 11/19/2016 |
|---|---|
| Period Ending: | 12/02/2016 |
| Pay Date: | 12/09/2016 |

Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:    0
    PA:    N/A

KELLY M HANEY
7 BARTON DR
PITTSBURGH PA 15221

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Admin/Closing | 9.0000 | .20 | 1.80 | 343.27 |
| Bonus |  |  | 42.02 | 626.48 |
| Floor | 9.0000 | 110.54 | 994.86 | 14,845.28 |
| Holiday | 9.0000 | 6.00 | 54.00 | 301.20 |
| Incentive |  |  | 152.38 | 215.95 |
| Overtime |  |  | 119.12 | 245.74 |
| Productivity |  |  | 5.46 | 54.06 |
| Tips |  |  | 390.55 | 6,999.34 |
| 6 Day |  |  | 16.00 | 68.66 |
| Training |  |  |  | 24.31 |
| Vacation |  |  |  | 358.40 |
| **Gross Pay** |  |  | **$1,776.19** | 24,082.69 |

Your federal taxable wages this period are
$1,776.19

**Other Benefits and Information**

|  | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,776.19 | 24,082.69 |
| Vacaton Bal |  | 58.85 |

**Deductions**

Statutory

| Federal Income Tax | -259.77 | 2,866.34 |
|---|---|---|
| Social Security Tax | -110.13 | 1,493.13 |
| Medicare Tax | -25.76 | 349.20 |
| PA State Income Tax | -54.52 | 739.35 |
| Pittsburgh C Income Tax | -17.76 | 240.82 |
| Pittsburgh C Local Svc Tax | -2.00 | 50.00 |
| PA SUI/SDI Tax | -1.25 | 16.86 |

Other

| Tips | -390.55 | 6,999.34 |
|---|---|---|
| **Net Pay** | **$914.45** |  |
| Checking 1 | -914.45 |  |
| **Net Check** | **$0.00** |  |

© 2000 ADP, LLC

KR ENTERPRISES , INC.
15 TALL TREES CT
MONROEVILLE , PA 15146

| Advice number: | 00000490010 |
|---|---|
| Pay date: | 12/09/2016 |

Deposited to the account of
**KELLY M HANEY**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6316 | xxxx xxxx | $914.45 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| FPB | 547135 | 239600 | | 0000510011 | 1 |

# Earnings Statement

**ADP**

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Period Beginning: 12/03/2016
Period Ending: 12/16/2016
Pay Date: 12/23/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

KELLY M HANEY
7 BARTON DR
PITTSBURGH PA 15221

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Admin/Closing | 9.0000 | 1.02 | 9.18 | 352.45 |
| Bonus | | | 13.81 | 640.29 |
| Floor | 9.0000 | 81.88 | 736.92 | 15,582.20 |
| Overtime | | | 11.99 | 257.73 |
| Tips | | | 340.82 | 7,340.16 |
| 6 Day | | | 10.30 | 78.96 |
| Holiday | | | | 301.20 |
| Incentive | | | | 215.95 |
| Productivity | | | | 54.06 |
| Training | | | | 24.31 |
| Vacation | | | | 358.40 |
| **Gross Pay** | | | **$1,123.02** | 25,205.71 |

Your federal taxable wages this period are $1,123.02

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,123.02 | 25,205.71 |
| Vacaton Bal | | 62.01 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -137.64 | 3,003.98 |
| Social Security Tax | -69.62 | 1,562.75 |
| Medicare Tax | -16.28 | 365.48 |
| PA State Income Tax | -34.48 | 773.83 |
| Pittsburgh C Income Tax | -11.23 | 252.05 |
| Pittsburgh C Local Svc Tax | -2.00 | 52.00 |
| PA SUI/SDI Tax | -0.78 | 17.64 |

Other
| | | |
|---|---|---|
| Tips | -340.82 | 7,340.16 |

| **Net Pay** | **$510.17** | |
|---|---|---|
| Checking 1 | -510.17 | |
| **Net Check** | **$0.00** | |

© 2000 ADP, LLC

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Advice number: 00000510011
Pay date: 12/23/2016

Deposited to the account of
KELLY M HANEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6316 | xxxx xxxx | $510.17 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| FPB | 547135 | 239600 | | 0000010011 | 1 |

**Earnings Statement**

ADP

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Period Beginning:  12/17/2016
Period Ending:     12/30/2016
Pay Date:          01/06/2017

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA:      N/A

KELLY M HANEY
7 BARTON DR
PITTSBURGH PA 15221

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Admin/Closing | 9.0000 | 4.60 | 41.40 | 41.40 |
| Bonus | | | 32.75 | 32.75 |
| Floor | 9.0000 | 74.44 | 669.96 | 669.96 |
| Holiday | 9.0000 | 6.00 | 54.00 | 54.00 |
| Overtime | | | 12.40 | 12.40 |
| Tips | | | 292.32 | 292.32 |
| 6 Day | | | 8.73 | 8.73 |
| **Gross Pay** | | | **$1,111.56** | 1,111.56 |

Your federal taxable wages this period are $1,111.56

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,111.56 | 1,111.56 |
| Vacaton Bal | | 65.25 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -135.53 | 135.53 | |
| Social Security Tax | -68.92 | 68.92 | |
| Medicare Tax | -16.12 | 16.12 | |
| PA State Income Tax | -34.12 | 34.12 | |
| Pittsburgh C Income Tax | -11.12 | 11.12 | |
| Pittsburgh C Local Svc Tax | -2.00 | 2.00 | |
| PA SUI/SDI Tax | -0.78 | 0.78 | |
| **Other** | | | |
| Tips | -292.32 | 292.32 | |
| **Net Pay** | **$550.65** | | |
| Checking 1 | -550.65 | | |
| **Net Check** | **$0.00** | | |

© 2000 ADP, LLC

KR ENTERPRISES , INC.
15 TALL TREES CT
MONROEVILLE , PA 15146

Advice number: 00000010011
Pay date: 01/06/2017

Deposited to the account of
KELLY M HANEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6316 | xxxx xxxx | $550.65 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| FPB | 547135 | 239600 | | 0000030011  1 |

**Earnings Statement**

**ADP**

KR ENTERPRISES, INC.
15 TALL TREES CT
MONROEVILLE, PA 15146

Period Beginning:   12/31/2016
Period Ending:   01/13/2017
Pay Date:   01/20/2017

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   0
  PA:   N/A

KELLY M HANEY
7 BARTON DR
PITTSBURGH PA 15221

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Admin/Closing | 9.0000 | 1.98 | 17.82 | 59.22 |
| Bonus | | | 35.80 | 68.55 |
| Floor | 9.0000 | 87.56 | 788.04 | 1,458.00 |
| Overtime | | | 44.59 | 56.99 |
| Productivity | | | 2.48 | 2.48 |
| Tips | | | 418.09 | 710.41 |
| 6 Day | | | 12.22 | 20.95 |
| Holiday | | | | 54.00 |
| **Gross Pay** | | | **$1,319.04** | 2,430.60 |

Your federal taxable wages this period are $1,319.04

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,319.04 | 2,430.60 |
| Vacaton Bal | | 68.66 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -166.65 | 302.18 |
| | Social Security Tax | -81.78 | 150.70 |
| | Medicare Tax | -19.12 | 35.24 |
| | PA State Income Tax | -40.49 | 74.61 |
| | Pittsburgh C Income Tax | -13.19 | 24.31 |
| | Pittsburgh C Local Svc Tax | -2.00 | 4.00 |
| | PA SUI/SDI Tax | -0.92 | 1.70 |
| | **Other** | | |
| | Tips | -418.09 | 710.41 |
| | **Net Pay** | **$576.80** | |
| | Checking 1 | -576.80 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

KR ENTERPRISES , INC.
15 TALL TREES CT
MONROEVILLE , PA 15146

Advice number:   00000030011
Pay date:   01/20/2017

Deposited to the account of
KELLY M HANEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6316 | xxxx xxxx | $576.80 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**