**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−20518−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Kelly M. Haney
   7 Barton Drive
   Pittsburgh, PA 15221

Social Security No.:
   xxx−xx−7135

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Albert G. Reese Jr.
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
Telephone number:  412−241−1697

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
May 22, 2017
09:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
May 22, 2017
09:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 4/13/17

BY THE COURT

Gregory L. Taddonio
Judge

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 17-20518-GLT
Kelly M. Haney                                                      Chapter 13
          Debtor                      CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                 Page 1 of 2         Date Rcvd: Apr 13, 2017
                              Form ID: rsc13             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2017.
db             +Kelly M. Haney,    7 Barton Drive,    Pittsburgh, PA 15221-2517
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14363504      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court:   Childrens Place/Citicorp Credit Services,
                 Attn: Citicorp Credit Services,    Po Box 20507,    Kansas City, MO 64195)
14363502       +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14363503       +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
14363505       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14363506       +Comenity Bank/Ann Taylor,    Po Box 182125,    Columbus, OH 43218-2125
14363507        Comenity Bank/Express,    Po Box 18215,    Columbus, OH 43218
14363508        Comenity Bank/Victoria Secret,    Po Box 18215,    Columbus, OH 43218
14363509       +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
                 Cleveland, OH 44181-0315
14363511       +Equiant Financial Svcs,    Attn: Bankrupty Dept,    5401 N Pima Rd,    Scottsdale, AZ 85250-2627
14363512       +Huntington Natl Bk,    Bankruptcy Notifications,    Po Box 340996,    Columbus, OH 43234-0996
14363513       +Kay Jewelers/Sterling Jewelers Inc.,    Sterling Jewelers,    Po Box 1799,    Akron, OH 44309-1799
14373391       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14363517       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
14363516       +Santander Consumer USA,    Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
14363518       +Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
14380247       +The Huntington National Bank,    111 Cascade Plaza 3rd FL,    Akron, OH 44308-1124
14363519       +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14363520       +Wells Fargo Home Projects Visa,    Written Correspondence Resolutions,
                 Mac#X2302-04c Po Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2017 00:55:46       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14363501        E-mail/Text: ally@ebn.phinsolutions.com Apr 14 2017 00:55:30       Ally Financial,
                 Attn: Bankruptcy,    Po Box 38090,    Bloomington, MN 55438
14363510       +E-mail/PDF: pa_dc_ed@navient.com Apr 14 2017 00:48:27       Dept Of Ed/Navient,
                 Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
14363514       +Fax: 407-737-5634 Apr 14 2017 01:40:26      Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
14363515        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2017 00:59:48
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14380250       +E-mail/Text: bankruptcy@huntington.com Apr 14 2017 00:55:52       The Huntington National Bank,
                 P.O. Box 89424,    Cleveland, OH 44101-6424
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Wells Fargo Bank, National Association, as Trustee
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: bsil              Page 2 of 2              Date Rcvd: Apr 13, 2017
                              Form ID: rsc13          Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2017 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Kelly M. Haney areese8897@aol.com,
               agreese8897@gmail.com
              James  Warmbrodt     on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```