# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** KELLY M. HANEY
- **Case Number:** 17-20518-GLT        **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 24, 2017 02:30 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#18 - Continued Confirmation of Plan Dated 3/10/2017 (N)
R / M #:  18 / 0

*Counsel has medical issue*

## Appearances:

- Debtor:
- Trustee: Winnecour / Bedford / (Pail) Katz
- Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 10/5/17 at 1:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/16/2017  3:05:57PM