Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kelly M. Haney**
Debtor(s)

Bankruptcy Case No.: 17–20518–GLT
Issued Per 10/5/2017 Proceeding
Chapter: 13
Docket No.: 45 – 18
Concil. Conf.: October 5, 2017 at 01:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated March 10, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Oct. 5, 2017 at 01:00 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☑ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H. Additional Terms: A fee application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

Coral resorts shall not be paid due to surrender of collateral.

Claim No. 1 of Huntington Bank shall govern as to amount, paid in full at modified plan terms at $224.00 per month.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_(signed)_
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: October 6, 2017

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                    Case No. 17-20518-GLT
Kelly M. Haney                                                            Chapter 13
             Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                   Page 1 of 2                  Date Rcvd: Oct 06, 2017
                              Form ID: 149                 Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
db             +Kelly M. Haney,   7 Barton Drive,   Pittsburgh, PA 15221-2517
cr             +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14363504      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Childrens Place/Citicorp Credit Services,
                 Attn: Citicorp Credit Services,    Po Box 20507,   Kansas City, MO 64195)
14363502       +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
14363503       +Chase Mortgage,   3415 Vision Dr,   Columbus, OH 43219-6009
14363505       +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                Saint Louis, MO 63179-0040
14363506       +Comenity Bank/Ann Taylor,   Po Box 182125,   Columbus, OH 43218-2125
14363507        Comenity Bank/Express,   Po Box 18215,   Columbus, OH 43218
14363508        Comenity Bank/Victoria Secret,   Po Box 18215,   Columbus, OH 43218
14363509       +Credit First National Assoc,   Attn: BK Credit Operations,   Po Box 81315,
                Cleveland, OH 44181-0315
14363511       +Equiant Financial Svcs,   Attn: Bankrupty Dept,   5401 N Pima Rd,   Scottsdale, AZ 85250-2627
14363512       +Huntington Natl Bk,   Bankruptcy Notifications,   Po Box 340996,   Columbus, OH 43234-0996
14363513       +Kay Jewelers/Sterling Jewelers Inc.,   Sterling Jewelers,   Po Box 1799,   Akron, OH 44309-1799
14653874        Navient Solutions, LLC on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
14421207       +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 North Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14363517       +Santander Consumer USA,   Po Box 961245,   Ft Worth, TX 76161-0244
14363516       +Santander Consumer USA,   Santander Consumer USA,   Po Box 961245,   Fort Worth, TX 76161-0244
14363518       +Select Portfolio Servicing, Inc,   Po Box 65250,   Salt Lake City, UT 84165-0250
14380247       +The Huntington National Bank,   111 Cascade Plaza 3rd FL,   Akron, OH 44308-1124
14363519       +Visa Dept Store National Bank,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
14363520       +Wells Fargo Home Projects Visa,   Written Correspondence Resolutions,
                Mac#X2302-04c Po Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14363501        E-mail/Text: ally@ebn.phinsolutions.com Oct 07 2017 01:09:59     Ally Financial,
                Attn: Bankruptcy,   Po Box 38090,   Bloomington, MN 55438
14643718       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 07 2017 01:12:06
                Bureaus Investment Group Portfolio No 15 LLC,   c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk VA 23541-1021
14363510       +E-mail/PDF: pa_dc_ed@navient.com Oct 07 2017 01:12:04     Dept Of Ed/Navient,
                Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr, PA 18773-9635
14641824        E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 07 2017 01:10:46     Duquesne Light Company,
                c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
14363514       +Fax: 407-737-5634 Oct 07 2017 01:38:51     Ocwen Loan Servicing, Llc,
                Attn: Research/Bankruptcy,   1661 Worthington Rd Ste 100,   West Palm Bch, FL 33409-6493
14363515        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 07 2017 01:11:56
                Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
14656501        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 07 2017 01:11:46
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14373391       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 07 2017 01:12:06
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14363518       +E-mail/Text: jennifer.chacon@spservicing.com Oct 07 2017 01:10:52
                Select Portfolio Servicing, Inc,   Po Box 65250,   Salt Lake City, UT 84165-0250
14380250       +E-mail/Text: bankruptcy@huntington.com Oct 07 2017 01:10:20     The Huntington National Bank,
                P.O. Box 89424,   Cleveland, OH 44101-6424
                                                                                             TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Wells Fargo Bank, National Association, as Trustee
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14656275*       Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: dbas              Page 2 of 2             Date Rcvd: Oct 06, 2017
                              Form ID: 149            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Kelly M. Haney areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James Warmbrodt     on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas I. Puleo    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 tpuleo@goldbecklaw.com,  BKGroup@goldbecklaw.com
                                                                                             TOTAL: 7
```