Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kelly M. Haney**
Debtor(s)

Bankruptcy Case No.: 17–20518–GLT
Related to Docket No. 49
Chapter: 13
Docket No.: 50 – 49
Concil. Conf.: January 24, 2019 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 23, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 10, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 24, 2019** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 11, 2018

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case 17-20518-GLT    Doc 51    Filed 10/13/18    Entered 10/14/18 00:54:28    Desc Imaged
Certificate of Notice    Page 2 of 5

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 17-20518-GLT
Kelly M. Haney                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2              Date Rcvd: Oct 11, 2018
                              Form ID: 213            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db            +Kelly M. Haney,    7 Barton Drive,    Pittsburgh, PA 15221-2517
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14363504      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:   Childrens Place/Citicorp Credit Services,
                Attn: Citicorp Credit Services,    Po Box 20507,    Kansas City, MO 64195)
14363503      +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
14363505      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                Saint Louis, MO 63179-0040
14363509      +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
                Cleveland, OH 44181-0315
14363511      +Equiant Financial Svcs,    Attn: Bankrupty Dept,    5401 N Pima Rd,    Scottsdale, AZ 85250-2627
14363512      +Huntington Natl Bk,    Bankruptcy Notifications,    Po Box 340996,    Columbus, OH 43234-0996
14363513      +Kay Jewelers/Sterling Jewelers Inc.,    Sterling Jewelers,    Po Box 1799,    Akron, OH 44309-1799
14421207      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14363517      +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
14363516      +Santander Consumer USA,    Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
14380247      +The Huntington National Bank,    111 Cascade Plaza 3rd FL,    Akron, OH 44308-1124
14363519      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14363520      +Wells Fargo Home Projects Visa,    Written Correspondence Resolutions,
                Mac#X2302-04c Po Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14363501       E-mail/Text: ally@ebn.phinsolutions.com Oct 12 2018 02:33:52     Ally Financial,
                Attn: Bankruptcy,    Po Box 38090,    Bloomington, MN 55438
14643718      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2018 02:48:18
                Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
14363502      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 12 2018 02:47:39     Capital One,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14363506      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 12 2018 02:34:07     Comenity Bank/Ann Taylor,
                Po Box 182125,    Columbus, OH 43218-2125
14363507       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 12 2018 02:34:08     Comenity Bank/Express,
                Po Box 18215,    Columbus, OH 43218
14363508       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 12 2018 02:34:08
                Comenity Bank/Victoria Secret,    Po Box 18215,    Columbus, OH 43218
14363510      +E-mail/PDF: pa_dc_ed@navient.com Oct 12 2018 02:47:47     Dept Of Ed/Navient,
                Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
14641824      +E-mail/Text: kburkley@bernsteinlaw.com Oct 12 2018 02:35:20     Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
14653874       E-mail/PDF: pa_dc_claims@navient.com Oct 12 2018 02:48:21
                Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
14363514      +Fax: 407-737-5634 Oct 12 2018 02:51:37     Ocwen Loan Servicing, Llc,
                Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
14363515       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2018 02:47:43
                Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14656501       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2018 03:00:50
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14373391      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2018 02:48:18
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14363518      +E-mail/Text: jennifer.chacon@spservicing.com Oct 12 2018 02:35:35
                Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
14380250      +E-mail/Text: bankruptcy@huntington.com Oct 12 2018 02:34:35     The Huntington National Bank,
                P.O. Box 89424,    Cleveland, OH 44101-6424
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Wells Fargo Bank, National Association, as Trustee
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14656275*      Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Oct 11, 2018
                              Form ID: 213            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Kelly M. Haney areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James  Warmbrodt     on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas I. Puleo    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 tpuleo@goldbecklaw.com,  BKGroup@goldbecklaw.com
                                                                                             TOTAL: 7
```