# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | KELLY M. HANEY |
| **Case Number:** | 17-20518-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 24, 2019 10:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matters:*

1) #49 - Trustee's Certificate of Default to Dismiss
   **R / M #:**  49 / 0

2) #54 - Amended Plan Dated 12/9/2018 (FC)
   **R / M #:**  54 / 0

### *Appearances:*

Robinson for Roest

Debtor:
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to _3-28-19_ at _11:00_.

#49
#54

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Both COD and amended Plan continued to resolve
outstanding issues: LMP and Special counsel