# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-20518-GLT |
| | ) | |
| Kelly M. Haney | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| Kelly M. Haney | ) | |
|    Movant | ) | Hearing Date & Time: 2/13/19 |
| | ) | @10:30A.M. |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent | ) | |

### Certificate of No Objection Regarding Motion to Employ
### Special Counsel and to Incur Legal Fees and Cost

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Employ Special Counsel filed on January 16, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Employ Special Counsel appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Employ Special Counsel were to be filed and served no later than February 4, 2019.

It is hereby respectfully requested that the Order attached to the Motion to Employ Special Counsel be entered by the Court.

**Dated: February 5, 2019**        Respectfully Submitted:

                                              **/s/Albert G. Reese, Jr., Esq.**
                                              Albert G. Reese, Jr., Attorney for Debtor
                                              PA I.D.93813
                                              Law Office of Albert G. Reese, Jr.
                                              640 Rodi Road, 2nd FL., Suite 2
                                              Pittsburgh, PA 15235
                                              412-241-1697(p)
                                              412-241-1687(f)
                                              areese8897@aol.com