**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-20518-GLT |
| | ) | |
| Kelly M. Haney | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| Kelly M. Haney | ) | |
|     Movant | ) | Hearing Date & Time: 2/13/19 |
| | ) | @10:30A.M. |
|     v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

## CERTIFICATE OF SERVICE

I, Albert G. Reese, Jr., Esquire declare that I am a resident or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, Floor 2, Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and not a party to this case.

On or before **February 6, 2019**, I served a copy of the **Order Approving Application to Employ Special Counsel** upon the parties listed below. The types of services made on the parties were: **Electronic Notification and U.S. First Class Mail.**

**Service by Electronic Mail:**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Thomas I. Puleo on behalf of Creditor Wells Fargo Bank, National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5
tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

Albert G. Reese, Jr. on behalf of Debtor Kelly M. Haney
areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor Wells Fargo Bank, National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**17-20518-GLT Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Office of the Chapter 13 Trustee
Ronda Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Ally Financial
Attn: Bankruptcy
Po Box 38090
Bloomington, MN 55438

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Mortgage
3415 Vision Dr
Columbus, OH 43219

Children's Place/Citicorp Credit Services
Attn: Citicorp Credit Services
Po Box 20507
Kansas City, MO 64195

Citibank / Sears
Citicorp Credit Services/Attn: Central.
Po Box 790040
Saint Louis, MO 63179

Comcast 3 Rivers (Keystone West)
PO Box 719
Toledo, OH 43697

Comenity Bank/Ann Taylor
Po Box 182125
Columbus, OH 43218

Comenity Bank/Express
Po Box 18215
Columbus, OH 43218

Comenity Bank/Victoria Secret
Po Box 18215
Columbus, OH 43218

Coral Resorts, LLC
PO Box 5686
Hilton Head Island, SC 29928

Credit First National Assoc
Attn: BK Credit Operations
Po Box 81315
Cleveland, OH 44181

Dept Of Ed/Navient
Attn: Claims Dept
P.O. Box 9635
Wilkes Barr, PA 18773

Duquesne Light Company
c/o Peter J. Ashcroft, Esq.
Bernstein Law Firm, PC
707 Grant St, Suite 2200 Gulf Tower
Pittsburgh, PA 15219

EOS CCA
700 Longwater Drive
PO Box 981002
Boston, MA 02298

Equiant Financial Svcs.
Attn: Bankruptcy Dept
5401 N Pima Rd
Scottsdale, AZ 85250

Huntington Natl Bk
Bankruptcy Notifications
Po Box 340996
Columbus, OH 43234

Kay Jewelers/Sterling Jewelers Inc.
Sterling Jewelers
Po Box 1799
Akron, OH 44309

Macys/DSNB
Attn: Bankruptcy
PO Box 8053
Mason, OH 45040

Marshall G. Pollard
7 Barton Drive
Pittsburgh, PA 15221

Ocwen Loan Servicing, LLC
Attn: Research/Bankruptcy
1661 Worthington Rd Ste 100
West Palm Bch, FL 33409

Peoples Gas
PO Box 644760
Pittsburgh, PA 15264

Portfolio Recovery
Po Box 41067
Norfolk, VA 23541

Santander Consumer USA
Santander Consumer USA
Po Box 961245
Fort Worth, TX 76161

Santander Consumer USA
Po Box 961245
Ft Worth, TX 76161

Select Portfolio Servicing, Inc
Po Box 65250
Salt Lake City, UT 84165

Target
c/o Financial & Retail Services
Mailstop NBT
PO Box 9475
Minneapolis, MN 55440

The Bureaus, Inc
650 Dundee Road, Ste 370
Northbrook, IL 60062

Trident Asset Management
Attn: Bankruptcy
PO Box 888424
Atlanta, GA 30356

Visa Dept Store National Bank
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040

Wells Fargo Financial Natl. BK
800 Walnut St.
MS N003-038 634
Des Moines, IA 50309

Wells Fargo Home Projects Visa
Written Correspondence Resolutions
Mac#X2302-04c Po Box 10335
Des Moines, IA 50306

Date: **<u>January 16, 2019</u>**                                    Respectfully submitted by:

<u>**/s/ Albert G. Reese, Jr., Esquire**</u>
Albert G. Reese, Jr., Esquire
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
(412) 241-1697
(412) 241-1687 (fax)
areese8897@aol.com