**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-20518-GLT |
| | ) | |
| Kelly M. Haney | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| Kelly M. Haney | ) | |
|    Movant | ) | Hearing Date & Time: 2/13/19 |
| | ) | @10:30A.M. |
| v. | ) | |
| | ) | Related to Docket No. 56 |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent | ) | |

**ORDER APPROVING APPLICATION TO EMPLOY SPECIAL COUNSEL**

    **AND NOW**, this day __6th__ of __February__, **2019,** upon consideration of the **APPLICATION FOR APPROVAL OF SPECIAL COUNSEL,** it is **ORDERED, ADJUDGED** and **DECREED** as follows:

    1. **James C. Ward, Esquire** is hereby appointed as **Special Counsel** for the Debtor pursuant to the terms (including compensation terms) described in the Fee Agreement attached to the above-referenced Application for the limited purpose of acting as attorney in connection with the settlement of a workman's compensation benefit case as referenced to in the foregoing Application, provided however, no settlement of any claim is to occur without prior Court Order after notice and hearing.

    2. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by the applicant to perform, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

    3. Approval of any application for appointment of counsel in which certain contingency/ compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms, and is not a preapproval of compensation pursuant to *11 U.S.C. §328 (a)*. Final Compensation, awarded only after notice and hearing, may be more or less that the requested contingency/compensation terms based on application of the abovementioned factors in granting approval by Court Order.

    4. **Applicant shall serve the within Order on all interested parties and file a Certificate of Service.**

*[signature]*<br>United States Bankruptcy Judge

dsh

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-20518-GLT
Kelly M. Haney                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: aala              Page 1 of 1                Date Rcvd: Feb 06, 2019
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2019.
db            +Kelly M. Haney,    7 Barton Drive,    Pittsburgh, PA 15221-2517
sp            +James C. Ward,    Porta-Clark & Ward, LLC,    100 Fleet Street,    Suite 101,
               Pittsburgh, PA 15220-2918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2019 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Kelly M. Haney areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James Warmbrodt    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas I. Puleo    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com
                                                                                               TOTAL: 7