IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-20518-GLT |
| | ) | |
| Kelly M. Haney | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: 66 |
| Kelly M. Haney | ) | |
|     Movant | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

## DEBTOR'S STATUS REPORT

**AND NOW** come the Debtor, by and through her Attorney, Albert G. Reese, Jr., and files the following Status Report:

1. Kelly M. Haney (hereinafter "Debtor"), filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on February 13, 2017.

2. Pursuant to the Court's Proposed Confirmation Order, the Debtor was to file an amended income attachment with in five (5) days of the April 1, 2019 order. The Debtor receives income from workman's compensation and these funds are un-attachable wages.

3. The Debtor will continue paying her Chapter 13 bankruptcy directly.

**WHEREFORE**, the Debtor represents to the Court the Debtors inability to have her income attached.

Dated: **April 2, 2019**

Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esq.**
Albert G. Reese, Jr., Esquire
PA ID# 93813
Law Office of Albert G. Reese
640 Rodi Road, 2nd Floor, Ste 2
Pittsburgh, PA 15235
(412) 241-1697(p)
(412) 241-1687(f)
areese8897@aol.com