# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.: 17-20518-GLT |
| ) | |
| Kelly M. Haney ) | Chapter 13 |
|    Debtor ) | |
| ) | Doc. No.: 69 |
| Kelly M. Haney ) | |
|    Movant ) | |
| ) | Hearing Date: June 5, 2019 |
| ) |           @ 10:00 A.M |
| v. ) | |
| Select Portfolio Servicing, Inc. ) | |
|    Respondent ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION REQUESTING PERMISSION FOR LATE FILING OF
## ENTRY OF DEBTOR INTO LOSS MITIGATION PROGRAM

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion Requesting Permission For Late Filing Of Entry Of Debtor Into Loss Mitigation Program, filed on April 18, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion Requesting Permission For Late Filing Of Entry Of Debtor Into Loss Mitigation Program appears thereon. Pursuant to the Notice of Hearing, a response to the Motion Requesting Permission For Late Filing Of Entry Of Debtor Into Loss Mitigation Program was to be filed and served no later than May 2, 2019.

It is hereby respectfully requested that the Order attached to the Motion Requesting Permission For Late Filing Of Entry Of Debtor Into Loss Mitigation be entered by the Court.

Dated: **May 10, 2019**

By: **/s/ Albert G. Reese, Jr., Esq.**
Albert G. Reese, Jr., Esq.
PA ID #93813
Law Office of Albert G. Reese, Jr.
640 Rodi Road, FL. 2, Suite 2
Pittsburgh, PA 15235
412-241-1697 (telephone)
412-241-1687 (fax)
areese8897@aol.com
Attorney for Debtor