FILED
5/13/19 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-20518-GLT |
| | ) | |
| | ) | Chapter 13 |
| Kelly Haney | ) | |
| Debtor(s) | ) | |
| | ) | Doc. No.: |
| | ) | |
| Kelly Haney | ) | Hearing Date: June 5, 2019 |
| | ) | @ 10:00 a.m. |
| Movant | ) | |
| | ) | |
| | ) | Related to Docket No. 69 |
| v. | ) | |
| Select Portfolio Servicing, Inc. | ) | |
| Respondent | ) | |

## ORDER

**AND NOW** to-wit, this ___13th___ day of _____May_____, 2019, upon consideration of Movant's Motion Requesting Permission for Late Filing of Entry of Debtors into Loss Mitigation Program, it is hereby:

**ORDERED**, **ADJUDGED** and **DECREED** that the Debtors are **HEREBY** permitted to participate in the Loss Mitigation Program; and

**IT IS FURTHER ORDERED,** that the Debtors shall file a Notice of Request for Loss Mitigation as set forth in *W.PA.LBR 9020-1 through 9020-7*, (Local Bankruptcy Form 41) AND (Local Bankruptcy Form 40) pursuant to *W.PA.LBR 9020-2(c)* and serve the Respondent within (10) days of the order.

The Honorable Judge Gregory L. Taddonio
United States Bankruptcy Judge

dlb

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-20518-GLT
Kelly M. Haney                                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dkam              Page 1 of 1              Date Rcvd: May 13, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db             +Kelly M. Haney,    7 Barton Drive,    Pittsburgh, PA 15221-2517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Kelly M. Haney areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James Warmbrodt     on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas I. Puleo    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 tpuleo@goldbecklaw.com,    BKGroup@goldbecklaw.com
                                                                                               TOTAL: 7