# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-20518-GLT |
| | ) | |
| | ) | Chapter 13 |
| Kelly Haney | ) | |
| Debtor(s) | ) | |
| | ) | Doc. No.: |
| | ) | |
| Kelly Haney | ) | Hearing Date: June 5, 2019 |
| | ) | @ 10:00 a.m. |
| Movant | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| Select Portfolio Servicing, Inc. | ) | |
| Respondent | ) | |

## ORDER

**AND NOW** to-wit, this _____ day of _____, 2019, upon consideration of Movant's Motion Requesting Permission for Late Filing of Entry of Debtors into Loss Mitigation Program, it is hereby:

**ORDERED**, **ADJUDGED** and **DECREED** that the Debtors are **HEREBY** permitted to participate in the Loss Mitigation Program; and

**IT IS FURTHER ORDERED,** that the Debtors shall file a Notice of Request for Loss Mitigation as set forth in *W.PA.LBR 9020-1 through 9020-7*, (Local Bankruptcy Form 41) AND (Local Bankruptcy Form 40) pursuant to *W.PA.LBR 9020-2(c)* and serve the Respondent within (10) days of the order.

_____
The Honorable Judge Gregory L. Taddonio
United States Bankruptcy Judge