**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-20518-GLT |
| | ) | |
| Kelly M. Haney | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | Doc. No.: 74 |
| | ) | |
| Kelly M. Haney | ) | |
| Movant | ) | Hearing Date: June 5, 2019 |
| | ) | @ 10:00 a.m. |
| v. | ) | |
| | ) | |
| Select Portfolio Servicing, Inc. | ) | |
| Respondent | ) | |

## LOSS MITIGATION ORDER

A *Motion for Loss Mitigation* was filed by Debtor on April 18, 2019.  The Parties have had Notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this _____ day of _____, 2019, it is hereby **ORDERED** that:

(1)    The following parties are directed to participate in the Court's *Loss Mitigation Program* **(LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

        Debtor(s):    Kelly M. Haney

        Creditor:    Select Portfolio Servicing, Inc.

(2)    *During the Loss Mitigation Period*, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $995.49, per month to the Creditor, Select Portfolio Servicing, Inc., or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    *Within fourteen (14) days from the entry of this Order*, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)    *Within seven (7) days from the entry of this Order* or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)    *Within fourteen (14) days of the debtor's submission of the Core LMP Package*, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)    *Within sixty (60) days from the entry of this Order*, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)     ***Ninety (90) days from the entry of this Order,*** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)     ***Within seven (7) days of the termination of the Loss Mitigation Period***, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)     Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____
The Honorable Gregory L. Taddonio
United States Bankruptcy Judge