**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-20518-GLT |
| | ) | |
| Kelly M. Haney | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| Kelly M. Haney | ) | |
|     Movant | ) | Hearing Date & Time: |
| | ) | |
| v. | ) | |
| | ) | |
| Select Portfolio Servicing, Inc. | ) | |
|     Respondent | ) | |

**CERTIFICATE OF SERVICE**

I, Albert G. Reese, Jr., declare that I am a resident or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, 2nd Floor, Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and not a party to this case.

On or before **June 14, 2019**, I served a copy of the **LMP Court Order dated June 14, 2019**, upon the parties listed below. The types of services made on the parties were: **Electronic Notification and U.S. First Class Mail.**

**17-20518-GLT Notice will be electronically mailed to:**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Albert G. Reese, Jr. on behalf of Debtor Kelly M. Haney
areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

James C. Warmbrodt, Esq. on behalf of Creditor Wells Fargo Bank, National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5
bkgroup@kmllawgroup.com, jwarmbrodt@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**17-20518-GLT Notice will not be electronically mailed to:**

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Wells Fargo Financial Nat. Bank
800 Walnut St.
MS N003-038 634
Des Moines, IA 50309

Kelly M. Haney
7 Barton Drive
Pittsburgh, PA 15221

James C. Warmbrodt, Esquire
KML Law Group, PC
701 Market Street
Philadelphia, PA 19106

**Date: June 14, 2019**                              **/s/ Albert G. Reese, Jr., Esquire**
                                                    Albert G. Reese, Jr., Esquire
                                                    Law Office of Albert G. Reese Jr.
                                                    640 Rodi Road, 2nd FL., Suite 2
                                                    Pittsburgh, PA 15235
                                                    412-241-1697(p)
                                                    412-241-1687(f)
                                                    areese8897@aol.com