FILED
3/16/20 9:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br><br>KELLY M. HANEY<br><br>*Debtor(s)*. | : : : : : : : | Case No. 17-20518-GLT<br>Chapter 13 |
| KELLY M. HANEY<br><br>*Movant(s)*,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.<br><br>*Respondent(s)*. | : : : : : : : : : : : | Related to Dkt. No(s). 78<br><br><br><br><br><br>Response: April 2, 2020 |

## ORDER REQUIRING COMPLIANCE
## WITH LOSS MITIGATION PROGRAM

This matter came before the Court upon its Loss Mitigation Order signed 6/13/2019 [Dkt. No. 78]. Pursuant to the order and/or BANKR. W.D. PA. L.R. 9020-4(f), the deadline to file an LMP Final Report was 10/18/2019. As of this date, an LMP Final Report has not been filed.

Under these circumstances, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. On or before April 2, 2020, the Debtor(s) shall file and serve an LMP Final Report.

2. Failure to comply with the terms of this *Order* may result in sanctions. While the Court does not wish to impose sanctions, it does require open LMP matters to progress toward completion. If a party to the LMP has not cooperated or proceeded in good faith, the Court expects the counter-party to bring the matter to its attention for resolution.

<u>Case administrator to mail to:</u>
Kelly M. Haney
Albert G. Reese, Jr., Esq.
Ronda J. Winnecour, Trustee
Office of the United States Trustee

Gregory L. Taddonio, Judge
United States Bankruptcy Court

DATED: March 16, 2020

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-20518-GLT
Kelly M. Haney                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dpas            Page 1 of 1            Date Rcvd: Mar 16, 2020
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db          +Kelly M. Haney,    7 Barton Drive,    Pittsburgh, PA 15221-2517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
          Albert G. Reese, Jr.    on behalf of Debtor Kelly M. Haney areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James Warmbrodt    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee for
           Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
           2005-HE5 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas I. Puleo    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee for
           Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
           2005-HE5 tpuleo@goldbecklaw.com,  BKGroup@goldbecklaw.com
                                                                                                 TOTAL: 7