IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-20518-GLT |
| | ) | |
| Kelly M. Haney | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Doc. No.: |
| Kelly M. Haney | ) | |
| Movant | ) | Hearing Date: May 6, 2020 |
| | ) | @ 10:30 a.m. |
| v. | ) | |
| | ) | |
| Select Portfolio Servicing, Inc. | ) | |
| Respondent | ) | |

**Certificate of No Objection Regarding Motion for Approval of Loan Modification**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Approval of Loan Modification filed on March 17, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Approval of Loan Modification appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Approval of Loan Modification were to be filed and served no later than April 3, 2020.

It is hereby respectfully requested that the Order attached to the Motion for Approval of Loan Modification be entered by the Court.

**Dated: April 6, 2020**                    Respectfully Submitted:

**/s/Albert G. Reese, Jr., Esquire**
Albert G. Reese, Jr., Esquire
PA I.D.#93813
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd FL., Suite 2
Pittsburgh, PA 15235
412-241-1697(p)
412-241-1687(f)
areese8897@aol.com
Attorney for Debtor