FILED
4/7/20 8:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-20518-GLT |
| | ) | |
| Kelly M. Haney | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| Kelly M. Haney | ) | |
| Movant | ) | Hearing Date: May 6, 2020 |
| | ) | @ 10:30 a.m. |
| v. | ) | |
| | ) | **Related to Docket No. 82** |
| Select Portfolio Servicing, Inc. | ) | |
| Respondent | ) | |

### ORDER

AND NOW, on this _____ 7th Day April, _____, 2020, upon consideration of the within Motion for Approval Loan Modification it is hereby Ordered and Directed as follows:

1. The loan modification agreement between the Debtor and Shellpoint Mortgage Servicing is approved.

2. The terms of the modification include the following changes to the mortgage:

    (a) The maturity date of the loan is September 1, 2035.
    (b) The new principal balance is $78,647.60.
    (c) The interest rate shall be 3.0% per annum on the unpaid balance.
    (d) The Escrow and Insurance payment shall be $420.25 per month.
    (e) The Principal and Interest payment shall be $452.96.
    (f) The total monthly payment shall be $873.21.

3. The Debtor shall file an Amended Plan within fourteen (14) days of this Order.
4. The Debtor shall file an Amended Schedule J within fourteen (14) days of this Order.
5. The Creditor shall amend the proof of claim within fourteen (14) days of this Order.
6. The Loss Mitigation process is hereby terminated.

BY THE COURT:

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kelly M. Haney  
    Debtor

Case No. 17-20518-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas                     Page 1 of 1                  Date Rcvd: Apr 07, 2020  
                      Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.  
db         +Kelly M. Haney,   7 Barton Drive,   Pittsburgh, PA 15221-2517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:  
      Albert G. Reese, Jr.    on behalf of Debtor Kelly M. Haney areese8897@aol.com,  
       agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com  
      James Warmbrodt    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5 bkgroup@kmllawgroup.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
      Thomas I. Puleo    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5 tpuleo@goldbecklaw.com,  BKGroup@goldbecklaw.com  
                                                                                                              TOTAL: 7