## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-20518-GLT |
| | ) | |
| Kelly M. Haney | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| Kelly M. Haney | ) | |
|    Movant | ) | Hearing Date & Time: 10/28/20 |
| | ) | |
| v. | ) | |
| | ) | |
| KR Enterprises, Inc. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent | ) | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE
### ON MOTION TO APPROVE SETTLEMENT

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **October 19, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

**A telephonic hearing** will be held on **October 28, 2020**, at **9:30 a.m.** before **Judge Gregory L. Taddonio**. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intent to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Taddonio Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of service: **September 30, 2020**           **/s/ Albert G. Reese, Jr., Esquire**
                                                                                               Albert G. Reese, Jr., Esq.
                                                                                               Attorney for Movant/Applicant
                                                                                               PA ID #93813
                                                                                               640 Rodi Road, 2nd Floor, Ste. 2
                                                                                               Pittsburgh, PA 15235
                                                                                               412-241-1697