**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/20/20 8:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | Case No.: 17-20518-GLT |
| Kelly M. Haney<br>    Debtor | Chapter 13 |
| | Doc. No.: |
| Kelly M. Haney<br>    Movant | Hearing Date & Time: 10/28/20 |
| v. | Related to Docket No. 100 |
| KR Enterprises, Inc. and<br>Ronda J. Winnecour, Trustee<br>    Respondent | |

**ORDER OF COURT**

AND NOW, to-wit this 20th Day of October, 2020, upon consideration of the Debtor's MOTION TO APPROVE SETTLEMENT, and upon hearing in Open Court it is hereby:

**ORDERED**, **ADJUDGED** and **DECREED** that the Full and Final Release and Settlement Agreement between the Debtor, Kelly M. Haney and KR Enterprises, Inc. are **APPROVED**. It is further **ORDERED** that Counsel, James C. Ward, Esquire's Attorney's Fees in the amount of $20,000.00 are **APPROVED.** The remaining balance of $60,920 for future indemnity for lost wages and $39,080 for future medical shall be escrowed pending allowance of the exemption of the proceeds (either by the passage of time after the filing of an exemption claim in the proceeds without objection, or a disposition order if any objection is filed to the claimed exemption), or other Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                               Case No. 17-20518-GLT
Kelly M. Haney                                                                                       Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 2
Date Rcvd: Oct 20, 2020      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly M. Haney, 7 Barton Drive, Pittsburgh, PA 15221-2517 |
| sp | + | James C. Ward, Porta-Clark & Ward, LLC, 100 Fleet Street, Suite 101, Pittsburgh, PA 15220-2918 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Kelly M. Haney areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brian Nicholas | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5 bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | |

| District/off: 0315-2 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2020 | Form ID: pdf900 | Total Noticed: 2 |

                cmecf@chapter13trusteewdpa.com

S. James Wallace
          on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Thomas I. Puleo
          on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5 tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

TOTAL: 7