FILED
12/18/20 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO 17-20518-GLT |
| KELLY M. HANEY,<br>    Debtor(s). | Chapter 13 |
| | Related to Doc. No. 108, 112, and 117 |
| RONDA J. WINNNECOUR, in her<br>Official Capacity as Chapter 13 Trustee,<br>    Movant(s), | |
| vs. | |
| KELLY M. HANEY,<br>    Respondent(s). | |

### STIPULATED ORDER SETTLING OBJECTION TO EXEMPTIONS

WHEREAS, Debtor filed Amended Exemptions at Doc 107 claiming an exemption in a Workers Compensation settlement, to which Trustee filed an objection (at Doc 108);

WHEREAS, Debtor filed a Response to the Objection (at Doc 112), together with other documents of record (including an amended Schedule I and J) and an exhibit reflecting needed roof repairs;

WHEREAS, in light of the Debtor's circumstances, including particularly Debtor's remaining plan obligations and long term continuing debt, the representations in the Debtor's response to the objection, that the Line 4 income in the Amended Schedule I is the workers compensation payments currently being made that will terminate with the settlement, and that the Debtor has no other source of income other than the settlement proceeds, child support, and prospective social security disability, the Trustee has offered to settle the objection on the terms set forth below, and Debtor has agreed;

NOW, THEREFORE, the parties, consisting of the Debtor and Trustee, to avoid any further litigation concerning the above referenced matters, agree as follows:

1. $3,500 (the "Settlement Sum") shall be carved out of the workers compensation settlement proceeds and sent to the Trustee by Special Counsel by a check from his trust account. The payment shall indicate the Debtor's name, Case Number, and either include a statement on the check that the payment is "Earmarked Funds pursuant to Court Order" or a copy of this Order. Payment should be made payable to Ronda J. Winnecour, Trustee, and mailed to: Ronda J. Winnecour, Chapter 13 Trustee WDPA, P.O. Box 84051, Chicago IL 60689-4002.

2. The Settlement Sum shall, after deduction of Trustee Fees, be earmarked for general non-priority non-administrative unsecured creditors.

3. The balance of the net proceeds may be released to the Debtor after deduction of allowed attorney fees and other approved costs and expenses in the settlement, as exempt proceeds.

4. The deadlines and hearings set forth in the Order at Doc 117 (filed 11/18/20) are vacated and canceled as a result of the parties' settlement.

So ORDERED, this 18th Day of December, 2020

Gregory L. Taddonio, Judge
United States Bankruptcy Court

AGREED TO:

/s/ Owen Katz
Owen Katz, Esquire,
PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
E-mail: okatz@chapter13trusteewdpa.com
Attorney for Trustee

/s/ Albert G. Reese, Jr.
Albert G. Reese, Jr., Esquire
PA ID# 93813
Law Office of Albert G. Reese
640 Rodi Road, 2nd Floor, Ste 2
Pittsburgh, PA 15235
(412) 241-1697(p)
(412) 241-1687(f)
areese8897@aol.com
Attorney for Debtor(s)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20518-GLT |
| Kelly M. Haney | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　User: dpas　　　　　　　　　　　Page 1 of 2
Date Rcvd: Dec 18, 2020　　　　　　　　Form ID: pdf900　　　　　　　　Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

**Recip ID**　　　**Recipient Name and Address**
　　　　　　　　Owen Katz, Esq., 3250 U.S. Steel Tower, Pittsburgh, PA 15219, US

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2020　　　　　　　　Signature:　　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:

**Name**　　　　　　　　**Email Address**

Albert G. Reese, Jr.
　　　　on behalf of Debtor Kelly M. Haney areese8897@aol.com
　　　　agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Brian Nicholas
　　　　on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5 bnicholas@kmllawgroup.com

Office of the United States Trustee
　　　　ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
　　　　on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
　　　　ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
　　　　cmecf@chapter13trusteewdpa.com

S. James Wallace
　　　　on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas I. Puleo
　　　　on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5,

District/off: 0315-2 User: dpas Page 2 of 2
Date Rcvd: Dec 18, 2020 Form ID: pdf900 Total Noticed: 1

Mortgage Pass-Through Certificates, Series 2005-HE5 tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

TOTAL: 7