# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
2/5/21 12:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Conciliation Conference:**

- Debtor: KELLY M. HANEY
- Case Number: 17-20518-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, FEBRUARY 04, 2021 10:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#122 - Amended Plan Dated 12/30/2020 (FC)
R/M #: 122 / 0

**Appearances:**

- Debtor: Reese
- Trustee: Winnecour / Pail / Katz / DeSimone   Warmbrodt
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2/25/21 at 2:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Need to c/c amount to CM plan; question re: amt owed to Huntington Bk

1/26/2021   9:38:59AM