**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-20518-GLT |
| | ) | |
| Kelly M. Haney | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| Kelly M. Haney | ) | |
|     Movant | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

## DOCUMENTED PROOF OF PAYMENT



CASHIER'S CHECK

PNCBANK
PNC Bank, National Association
Pittsburgh, Pennsylvania

No. 80207717

DATE MARCH 05 2021

PAY TO THE
ORDER OF   FRACINDA J. WINNECOUR

SEVEN THOUSAND SEVEN HUNDRED AND 00/100********************* DOLLARS

$ 7,700.00

KELLY M HANEY
REMITTER

PNC Bank National Association
OFFICIAL SIGNATURE

⑈80 20717⑈ ⑆0430000094⑆ 000 90 20 20 200⑈

FSC
MIX
Paper from
responsible sources
FSC® C101537

8-9/460