Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kelly M. Haney** | : | Case No. 17−20518−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 131 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 6/30/21 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 27th of April, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 131 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before June 11, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *June 30, 2021 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* SUBJECT TO CLOSURE WITHOUT A DISCHARGE *without further notice or hearing*.

*Gregory L. Taddonio, Judge*
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kelly M. Haney  
    Debtor

Case No. 17-20518-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 3  
Date Rcvd: Apr 27, 2021      Form ID: 604      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly M. Haney, 7 Barton Drive, Pittsburgh, PA 15221-2517 |
| sp | + | James C. Ward, Porta-Clark & Ward, LLC, 100 Fleet Street, Suite 101, Pittsburgh, PA 15220-2918 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14363509 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14363513 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 14363514 | + | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 14421207 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14363517 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14363516 | + | Santander Consumer USA, Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14363518 | + | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14363520 | + | Wells Fargo Home Projects Visa, Written Correspondence Resolutions, Mac#X2302-04c Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14363501 | | Email/Text: ally@ebn.phinsolutions.com | Apr 28 2021 01:42:00 | Ally Financial, Attn: Bankruptcy, Po Box 38090, Bloomington, MN 55438 |
| 14643718 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:52:41 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14363504 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:56:13 | Childrens Place/Citicorp Credit Services, Attn: Citicorp Credit Services, Po Box 20507, Kansas City, MO 64195 |
| 14363502 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 01:56:05 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14363505 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:52:40 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14363506 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 01:43:00 | Comenity Bank/Ann Taylor, Po Box 182125, Columbus, OH 43218-2125 |
| 14363507 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 01:43:00 | Comenity Bank/Express, Po Box 18215, Columbus, OH 43218 |
| 14363508 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 01:43:00 | Comenity Bank/Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 14363510 | + | Email/PDF: pa_dc_ed@navient.com | Apr 28 2021 01:52:46 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14641824 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 28 2021 01:46:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14363512 | + | Email/Text: bankruptcy@huntington.com | Apr 28 2021 01:44:00 | Huntington Natl Bk, Bankruptcy Notifications, Po Box 340996, Columbus, OH 43234-0996 |
| 14363503 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 28 2021 01:56:03 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 14653874 | | Email/PDF: pa_dc_claims@navient.com | Apr 28 2021 01:56:16 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14363515 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:54:24 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14656501 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:54:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14373391 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:56:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14380247 | + | Email/Text: bankruptcy@huntington.com | Apr 28 2021 01:44:00 | The Huntington National Bank, 111 Cascade Plaza 3rd FL, Akron, OH 44308-1124 |
| 14380250 | + | Email/Text: bankruptcy@huntington.com | Apr 28 2021 01:44:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 14363519 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:56:13 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Wells Fargo Bank, National Association, as Trustee |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14656275 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14363511 | ##+ | Equiant Financial Svcs, Attn: Bankrupty Dept, 5401 N Pima Rd, Scottsdale, AZ 85250-2630 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Kelly M. Haney areese8897@aol.com |

Case 17-20518-GLT    Doc 137    Filed 04/29/21    Entered 04/30/21 00:44:12    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: dbas | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: 604 | Total Noticed: 30 |

agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Brian Nicholas
on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5 bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas I. Puleo
on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5 tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

TOTAL: 7