**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KELLY M. HANEY<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>       vs.<br>No Respondents. | Case No.:17-20518<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

    1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

    2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

    3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

    4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/13/2017 and confirmed on 10/6/17. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 62,416.75 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 62,416.75 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,100.00 | |
|   Trustee Fee | 3,113.38 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,213.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WELLS FARGO BANK NA - TRUSTEE<br>    Acct: 2961 | 21,620.14 | 21,620.14 | 0.00 | 21,620.14 |
|   WELLS FARGO BANK NA - TRUSTEE<br>    Acct: 2961 | 7,074.73 | 7,074.73 | 0.00 | 7,074.73 |
|   WELLS FARGO BANK NA - TRUSTEE<br>    Acct: 2961 | 0.00 | 10,563.24 | 0.00 | 10,563.24 |
|   WELLS FARGO BANK NA - TRUSTEE<br>    Acct: 2961 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CORAL RESORTS LLC<br>    Acct: 7630 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HUNTINGTON NATIONAL BANK(*)<br>    Acct: 3974 | 9,500.00 | 9,500.00 | 1,547.76 | 11,047.76 |
| | | | | 50,305.87 |
| **Priority** | | | | |
|   ALBERT G REESE JR ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KELLY M. HANEY<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LAW OFFICE OF ALBERT G REESE JR<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ALBERT G REESE JR ESQ<br>    Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   ALBERT G REESE JR ESQ<br>    Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|   ALBERT G REESE JR ESQ<br>    Acct: | 100.00 | 100.00 | 0.00 | 0.00 |
|   CLERK, U S BANKRUPTCY COURT<br>    Acct: XXXX0518 | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |
| **Unsecured** | | | | |
|   ALLY FINANCIAL(*)<br>    Acct: 4713 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 723.86 | 167.10 | 0.00 | 167.10 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9589 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 100.54 | 23.21 | 0.00 | 23.21 |
| Acct: 2067 | | | | |
| CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1220 | | | | |
| CHILDRENS PLACE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4467 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0290 | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0609 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8981 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7069 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3148 | | | | |
| CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3409 | | | | |
| DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0129 | | | | |
| DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0129 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O THE DEF | 12,330.94 | 2,846.60 | 0.00 | 2,846.60 |
| Acct: 7135 | | | | |
| DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0301 | | | | |
| DUQUESNE LIGHT COMPANY* | 1,343.67 | 310.19 | 0.00 | 310.19 |
| Acct: 7135 | | | | |
| EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4675 | | | | |
| EQUIANT FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6252 | | | | |
| KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8611 | | | | |
| KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1765 | | | | |
| DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2441 | | | | |
| OCWEN LOAN SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 617.74 | 142.61 | 0.00 | 142.61 |
| Acct: 9452 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8353 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1201 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| TNB VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4920 | | | | |
| BUREAUS INVESTMENT GROUP PORTFC | 423.61 | 97.79 | 0.00 | 97.79 |
| Acct: 8200 | | | | |
| TRIDENT ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6854 | | | | |
| DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2441 | | | | |
| WELLS FARGO FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0329 | | | | |
| WELLS FARGO HOME PROJECTS VISA | 0.00 | 0.00 | 0.00 | 0.00 |

17-20518                                                                                                         Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 3291 | | | | |
| | BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8985 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MARSHALL POLLARD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 3,587.50 |

TOTAL PAID TO CREDITORS                                                                                      54,203.37

TOTAL CLAIMED
PRIORITY          310.00
SECURED        38,194.87
UNSECURED    15,540.36

Date: 04/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KELLY M. HANEY

          Debtor(s)

    Ronda J. Winnecour
          Movant
      vs.
    No Repondents.

Case No.:17-20518

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-20518-GLT

Kelly M. Haney     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 3

Date Rcvd: Apr 27, 2021     Form ID: pdf900     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly M. Haney, 7 Barton Drive, Pittsburgh, PA 15221-2517 |
| sp | + | James C. Ward, Porta-Clark & Ward, LLC, 100 Fleet Street, Suite 101, Pittsburgh, PA 15220-2918 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14363509 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14363513 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 14363514 | + | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 14421207 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14363517 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14363516 | + | Santander Consumer USA, Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14363518 | + | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14363520 | + | Wells Fargo Home Projects Visa, Written Correspondence Resolutions, Mac#X2302-04c Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14363501 | | Email/Text: ally@ebn.phinsolutions.com | Apr 28 2021 01:42:00 | Ally Financial, Attn: Bankruptcy, Po Box 38090, Bloomington, MN 55438 |
| 14643718 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:52:41 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14363504 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:52:38 | Childrens Place/Citicorp Credit Services, Attn: Citicorp Credit Services, Po Box 20507, Kansas City, MO 64195 |
| 14363502 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 01:56:05 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14363505 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:52:42 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14363506 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 01:43:00 | Comenity Bank/Ann Taylor, Po Box 182125, Columbus, OH 43218-2125 |
| 14363507 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 01:43:00 | Comenity Bank/Express, Po Box 18215, Columbus, OH 43218 |
| 14363508 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 01:43:00 | Comenity Bank/Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 14363510 | + | Email/PDF: pa_dc_ed@navient.com | Apr 28 2021 01:54:27 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14641824 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 28 2021 01:46:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite |

Case 17-20518-GLT   Doc 139   Filed 04/29/21   Entered 04/30/21 00:44:12   Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14363512 | + | Email/Text: bankruptcy@huntington.com | Apr 28 2021 01:44:00 | Huntington Natl Bk, Bankruptcy Notifications, Po Box 340996, Columbus, OH 43234-0996 |
| 14363503 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 28 2021 01:56:03 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 14653874 | | Email/PDF: pa_dc_claims@navient.com | Apr 28 2021 01:54:27 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14363515 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:52:41 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14656501 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:52:41 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14373391 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:52:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14380247 | + | Email/Text: bankruptcy@huntington.com | Apr 28 2021 01:44:00 | The Huntington National Bank, 111 Cascade Plaza 3rd FL, Akron, OH 44308-1124 |
| 14380250 | + | Email/Text: bankruptcy@huntington.com | Apr 28 2021 01:44:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 14363519 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:56:10 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Wells Fargo Bank, National Association, as Trustee |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14656275 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14363511 | ##+ | Equiant Financial Svcs, Attn: Bankrupty Dept, 5401 N Pima Rd, Scottsdale, AZ 85250-2630 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021           Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Kelly M. Haney areese8897@aol.com |

Case 17-20518-GLT    Doc 139    Filed 04/29/21    Entered 04/30/21 00:44:12    Desc
Imaged Certificate of Notice    Page 8 of 8

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 30 |

agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Brian Nicholas
   on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5 bnicholas@kmllawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
   on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas I. Puleo
   on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5 tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

TOTAL: 7